UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OWEN,<br><br>        Plaintiff,<br><br>    v.<br><br>NESTLE HEALTHCARE NUTRITION, INC.,<br><br>        Defendant. | Case No. 23-cv-01018-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to *Horti v. Nestle Healthcare Nutrition, Inc.*, 21-cv-09812-PJH.

**IT IS SO ORDERED.**

Dated: March 7, 2023

THOMAS S. HIXSON
United States Magistrate Judge