# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date: June 15, 2023 (Time: 7 minutes)**         **JUDGE:  Phyllis J. Hamilton**

**Case No:** 23-cv-01018-PJH
**Case Name:** Owen v. Nestle Healthcare Nutrition, Inc.

| | |
|---|---|
| **Attorney(s) for Plaintiff:** | Laurence King; Blair Reed |
| **Attorney(s) for Defendant:** | Timothy Loose |

**Deputy Clerk: Kelly Collins**         **Court Reporter: Recorded Via Zoom**

### PROCEEDINGS

Initial Case Management Conference-HELD via Zoom webinar. Court stays the matter, no discovery, no action, pending Ninth Circuit ruling in Horti et al v. Nestle Healthcare Nutrition, Inc. C-21-9812-PJH; 22-16832.  Parties shall meet and confer following the Ninth Circuit opinion and within 30 days submit a stipulation as to how the parties believe the case should proceed.

**cc: chambers**