**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRUCE HORTI, SANDRA GEORGE, and JEANETTE CRAIG, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLE HEALTHCARE NUTRITION, INC.,<br><br>Defendant. | Case No. 4:21-cv-09812-PJH<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION AND FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL** |
| STEVEN OWEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLE HEALTHCARE NUTRITION, INC.,<br><br>Defendant. | Case No.: 4:23-cv-01018-PJH |

1  Having considered Plaintiffs' Motion for Consolidation and to Appoint Interim Counsel Pursuant to Fed. R. Civ. P. 23(g), and being fully advised in the matter, the Court hereby **GRANTS** the Motion.

The Court finds that Milberg Coleman Bryson Phillips Grossman PLLC ("Milberg Coleman") and Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") meet the requirements set forth by Fed. R. Civ. P. 23(g). Nick Suciu of Milberg Coleman and Laurence D. King of Kaplan Fox are appointed co-lead interim counsel pursuant Fed. R. Civ. P. 23(g)(3).

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
The Honorable Phyllis J. Hamilton
United States District Judge